Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:   (212) 292-5391
*Attorneys for Plaintiff*
*Qlay Co.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| QLAY CO.,<br><br>*Plaintiff*<br><br>v.<br><br>ADHJNJVA, et al.,<br><br>*Defendants* | **21-cv-1505 (ER)**<br><br>**UNSEALING ORDER** |

WHEREAS the Court orders that this Action be unsealed and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this __22nd__ day of __March__, 2021, at __1:11__ _p_.m.
New York, New York

_____
HON. EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE

1